AARON CABRERA

CAB-03-133

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 8/1/03 | United States District Court Southern District of Texas FILED |
| NAME OF SERVER (PRINT) Lisa Brodyaga | TITLE Attorney | SEP 22 2003 |

Check one box below to indicate appropriate method of service

Michael N. Milby
Clerk of Court

☐ Served personally upon the defendant. Place where served : _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left : _____

☐ Returned unexecuted : _____

☐ Other (specify) : Received for A. Cabrera by R. Guadia
8/1/03

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/22/03
       Date

Signature of Server

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

Address of Server

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
RECEIVED

2003 SEP 22   AM 11: 08

MICHAEL N. MILBY, CLERK

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.