UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIO ALBERTO MARTINEZ-MONTES, | § |
| | § |
| | § |
| v. | § |
| | § |
| | § |
| AARON CABRERA, Acting Director | § |
| DHS, HLG/DO, and | § |
| PHILLIP D. TUTAK, Interim Director | § |
| for Interior Enforcement, Department | § |
| of Homeland Security. | § |

CIV. ACTION NO. B-03-133

## ORDER

The above-styled cause of action was held in abeyance pending a decision in *Salazar-Regino v. Trominski,* which was designated as civil cause number B-02-45 in the district court.

On appeal, the Fifth Circuit has assigned *Salazar-Regino* the appellate cause number 03-41492.

Because resolution of *Salazar-Regino* on appeal would likely be controlling in this case, it is

ORDERED that this case be further held in abeyance until cause number 03-41492 is resolved on

appeal.

IT IS SO ORDERED

DONE in Brownsville, Texas, this _____ day of November, 2003.

_____
Felix Recio
United States Magistrate Judge