IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARIO ALBERTO MARTINEZ-MONTES, )
)
v. )
) CIVIL ACTION NO. B-03-133
AARON CABRERA, et al. )
_____ )

**UNOPPOSED MOTION TO DISMISS**

COME NOW the Respondents and move this Court to dismiss this case. Petitioner's conviction has been set aside and his immigration case has been reopened. The Board of Immigration Appeals remanded the case to the immigration judge where it is presently pending.

Based on the foregoing, Respondents respectfully move to dismiss this case. Petitioner does not oppose this motion.

                Respectfully submitted,

                MICHAEL T. SHELBY
                United States Attorney
                Southern District of Texas

                s/ Lisa M. Putnam
                LISA M. PUTNAM
                Special Assistant U.S. Attorney
                P.O. Box 1711
                Harlingen, Texas 78551
                Tel: (956) 389-7051
                Georgia Bar No. 590315
August 10, 2005          Federal Bar No. 2393

## CERTIFICATE OF CONSULTATION

The undersigned has conferred with opposing counsel who is not opposed to this motion.

/s/ Lisa M. Putnam
LISA M. PUTNAM
Special Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Unopposed Motion to Dismiss was automatically accomplished through the Notice of Electronic Filing, on August 10, 2005, to Lisa Brodyaga, Esquire.

/s/ Lisa M. Putnam
LISA M. PUTNAM
Special Assistant United States Attorney