IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIO ALBERTO MARTINEZ-MONTES, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-03-133 |
| AARON CABRERA, et al. ) | |
| _____ ) | |

**ORDER**

Upon consideration of Respondents' Unopposed Motion to Dismiss,

IT IS ORDERED that Respondents' motion is **GRANTED** and the case is dismissed.

Dated this _____ day of _____, 2005.

_____
United States District Court Judge