United States District Court
Southern District of Texas
ENTERED

AUG 22 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIO ALBERTO MARTINEZ-MONTES, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. B-03-133 |
| ) | |
| AARON CABRERA, et al. ) | |
| ) | |

## ORDER

Upon consideration of Respondents' Unopposed Motion to Dismiss,

IT IS ORDERED that Respondents' motion is **GRANTED** and the case is dismissed.

Dated this _22_ day of _August_, 2005.

United States District Court Judge